| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Kenneth R. Langston Jr.** | Social Security number or ITIN   **xxx–xx–5869** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kimberly L. Langston** | Social Security number or ITIN   **xxx–xx–0518** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Virginia** | | |
| Case number:   **14–31618–KLP** | | |

# Discharge of Joint Debtors

12/15

IT IS ORDERED: A discharge under 11 U.S.C. § 727 is granted to:

Kenneth R. Langston Jr.

Kimberly L. Langston
pka Kimberly Lawrence Britt, pka Kimberly
Lawrence Pruitt

February 9, 2016

For the court:    William C. Redden
Clerk

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318              **Discharge of Joint Debtors**              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who
is also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                          Case No. 14-31618-KLP
Kenneth R. Langston, Jr.                                        Chapter 7
Kimberly L. Langston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-7        User: manleyc          Page 1 of 2            Date Rcvd: Feb 09, 2016
                           Form ID: 318            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2016.
```
db/jdb         +Kenneth R. Langston, Jr.,   Kimberly L. Langston,   310 Brookedge Drive,
                Colonial Heights, VA 23834-2417
12285826       +AMDC Physicians,   PO Box 189,   Colonial Heights, VA 23834-0189
12285828       +Argent Credit Union,   P.O. Box 25482,   Fort Worth, TX 76124-2482
12285829       +Argent Federal Credit,   11651 Alliance Circle,   Chester, VA 23831-1451
12332512       +Argent Federal Credit Union,   PO Box 72,   Chesterfield, VA 23832-0900
12285835       +City of Petersburg,   PO Box 1271,   Petersburg, VA 23804-1271
12285836       +City of Petersburg Virginia,   Treasurers Office,   P.O. Box 1271,   Petersburg, VA 23804-1271
12285837       +Colonial Heights Gen Dist Ct,   PO Box 3401,   Colonial Heights, VA 23834-9001
13166593       +Credit Acceptance Corp.,   25505 West 12 Mile Rd.,   Ste. 3000,   Southfield, MI 48034-8331
12285839       +Exagen Diagnostics,   PO Box 27561,   Albuquerque, NM 87125-7561
12444952       +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
12285842       +James River OBGYN,   7101 Jahnke Road,   Suite 280,   Richmond, VA 23225-4017
13121618       +Jawad Bhatti, MD,   7025 Old Jahnke Rd.,   Richmond, VA 23225-4126
12285843       +Jennifer Shook,   610 Lakeview Ave.,   Colonial Heights, VA 23834-1606
12285845       +LCA Collections,   P.O. Box 2240,   Burlington, NC 27216-2240
13121619       +LabCorp,   LCA Collections,   358 South Main St.,   Burlington, NC 27215-5837
12285844       +Labcorp,   P.O. Box 2240,   Burlington, NC 27216-2240
13121627       +Massage Envy,   1453 North 87th St. Ste. 200,   Scottsdale, AZ 85260
13121626      #+Millennia Collections,   78 Marion Beavers Rd. Ste. B,   Sharpsburg, GA 30277-6911
12285846       +Mitchel J. Manuel,   c/o Chaplin & Gonet,   5211 W Broad St #100,   Richmond, VA 23230-3000
12307512       +Mitchel J. Manuel by Allstate, subrogee,   c/o Chaplin & Gonet,   5211 West Broad Street #100,
                Richmond, VA 23230-3000
12285847       +Mitchel Manuel by Allstate,   C/o Chaplin & Gonet,   5211 West Broad Str. Ste 100,
                Richmond, VA 23230-3000
12285851       +NTELOS,   P.O. Box 580113,   Charlotte, NC 28258-0113
12285849       +Natl Fitness,   1645 E Hwy 193,   Layton, UT 84040-8525
12285850       +Nissan Motor Acceptance,   PO Box 660680,   Dallas, TX 75266-0680
12307439        Nissan Motor Acceptance Corporation,   PO Box 660366 Dallas TX 75266-0366
12340029       +Ntelos,   1160 Shenandoah Village Drive,   Waynesboro, VA 22980-9253
13121622       +Patient First,   P.O. Box 758941,   Baltimore, MD 21275-8941
13121623       +RSI Enterprises, Inc.,   P.O. Box 16190,   Phoenix, AZ 85011-6190
13121621       +Radiology Associates of Richmond, Inc.,   2602 Buford Rd.,   Richmond, VA 23235-3422
13121620       +Southside Regional Medical Center,   200 Medical Park Blvd.,   Petersburg, VA 23805-9274
12285857       +Tan N Time,   906 Crossings Blvd,   Hopewell, VA 23860-6503
13121617       +The E&A Group,   P.O. Box 5070,   Laguna Beach, CA 92652-5070
12285858       +Title Max,   1702 Boulevard,   Colonial Heights, VA 23834-2304
12285861       +Virginia Physicians for Women,   10710 Midlothian Turnpike,   Suite 200,
                Richmond, VA 23235-4759
12285860       +Virginia Urology,   2025 Waterside Road, Suite 105,   Prince George, VA 23875-1266
13121625       +Virginia Urology, PC,   9105 Stoney Point Dr.,   Richmond, VA 23235-1979

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QRMTERRY.COM Feb 10 2016 02:03:00   Roy M. Terry, Jr.,   Sands Anderson PC,
                P.O. Box 2188,   Richmond, VA  23218-2188
12285827       +EDI: RMCB.COM Feb 10 2016 02:03:00   American Medical Collection,   4 Westchester Plaza,
                Building 4,   Elmsford, NY 10523-1612
12490774        EDI: RESURGENT.COM Feb 10 2016 02:03:00   Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,   Corporation of America Holdings,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12285830        EDI: BANKAMER.COM Feb 10 2016 02:03:00   Bank Of America,   Po Box 982235,
                El Paso, TX 79998-0000
12285831        E-mail/Text: bankruptcy@bbandt.com Feb 10 2016 02:12:34   BB & T,   Attn: Bankruptcy Dept,
                PO Box 1847,   Wilson, NC 27894-0000
12285832       +EDI: CAPITALONE.COM Feb 10 2016 02:03:00   Capital 1 Bank,   Attn: Bankruptcy Dept.,
                Po Box 30285,   Salt Lake City, UT 84130-0285
12333076       +E-mail/Text: bankruptcy@cavps.com Feb 10 2016 02:13:15   Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
12285833       +EDI: CHASE.COM Feb 10 2016 02:03:00   Chase,   Cardmember Service,   P.O. Box 15153,
                Wilmington, DE 19886-5153
12285834       +E-mail/Text: lmccollum@courts.state.va.us Feb 10 2016 02:12:10   Chesterfield Gen Dist Court,
                P. O. Box 144,   Chesterfield, VA 23832-0910
12285838       +E-mail/Text: electronicbkydocs@nelnet.net Feb 10 2016 02:13:04   Dept Of Education/neln,
                121 South 13th St,   Lincoln, NE 68508-1904
12311810        EDI: IRS.COM Feb 10 2016 02:03:00   IRS,   P.O. Box 21126,   Philadelphia, PA 19114
12473194        EDI: PRA.COM Feb 10 2016 02:03:00   Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk VA 23541
13121624       +E-mail/Text: colleen.atkinson@rmscollect.com Feb 10 2016 02:14:04
                Receivables Management Systems,   7206 Hull Street Rd. Ste. 211,   Richmond, VA 23235-5826
12285855        EDI: AGFINANCE.COM Feb 10 2016 02:03:00   Springleaf Financial Services,
                Attention: Bankruptcy Depart,   Po Box 3251,   Evansville, IN 47731-0000
12285856        EDI: NEXTEL.COM Feb 10 2016 02:03:00   Sprint,   PO Box 4191,   Carol Stream, IL 60197-4191
```

```
District/off: 0422-7          User: manleyc          Page 2 of 2          Date Rcvd: Feb 09, 2016
                             Form ID: 318             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
12348122        EDI: NEXTEL.COM Feb 10 2016 02:03:00      Sprint Corp.,   Attn Bankruptcy Dept,   PO Box 7949,
                Overland Park KS 66207-0949
12309430        +EDI: DRIV.COM Feb 10 2016 02:03:00      Santander Consumer USA,   Po Box 560284,
                Dallas, TX 75356-0284
12307015        +EDI: DRIV.COM Feb 10 2016 02:03:00      Santander Consumer USA,   Po Box 961245,
                Fort Worth, TX 76161-0244
12285853        +EDI: DRIV.COM Feb 10 2016 02:03:00      Santander Consumer Usa,   Po Box 961245,
                Ft Worth, TX 76161-0244
12285854        +EDI: CHASE.COM Feb 10 2016 02:03:00      Slate from Chase,   PO Box 15123,
                Wilmington, DE 19850-5123
12285859        E-mail/Text: carolyn.webb@bankatunion.com Feb 10 2016 02:13:39      Union First Market Bank,
                PO Box 940,   Ruther Glen, VA 22546-0000
12325926        E-mail/Text: electronicbkydocs@nelnet.net Feb 10 2016 02:13:04      US Department of Education,
                C/O Nelnet,   3015 South Parker Road Suite 400,   Aurora CO 80014-2904
12285860        +EDI: VACU.COM Feb 10 2016 02:03:00      Virginia Credit Union,   PO Box 90010,
                Richmond, VA 23225-9010
12285863        E-mail/Text: ebankruptcy@woodforest.com Feb 10 2016 02:13:19      Woodforest National Bank,
                PO Box 7889,   Spring, TX 77387-7889
                                                                                      TOTAL: 24


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12285840*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   400 N. 8th Street Box 76,
                Stop Room #98,   Richmond, VA 23219-0000)
12292563*       IRS,   P.O. Box 7346,   Philadelphia, PA 19101-7346
12285841*       Internal Revenue Service,   Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
12285852*       +Ntelos,   PO Box 580113,   Charlotte, NC 28258-0113
12296360*       +Virginia Credit Union Inc,   PO Box 90010,   Richmond, VA 23225-9010
12395801        ##+America Law Group, Inc.,   2800 N. Parham Road,   Suite 100,   Henrico, VA 23294-4409
12285848        ##+MobiLoans, LLC,   151 Melacon Drive,   Marksville, LA 71351-3065
                                                                               TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2016 at the address(es) listed below:

```
              Richard James Oulton   on behalf of Joint Debtor Kimberly L. Langston
              southsidedebtlawgroup@gmail.com,
              thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;chadesimmons.legal@gmail.com;debtlawl@gmail.c
              om;bkstevens1534@gmail.com
              Richard James Oulton   on behalf of Debtor Kenneth R. Langston, Jr.
              southsidedebtlawgroup@gmail.com,
              thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;chadesimmons.legal@gmail.com;debtlawl@gmail.c
              om;bkstevens1534@gmail.com
              Roy M. Terry, Jr.   rterry@sandsanderson.com,   gcross@sandsanderson.com;rterry@ecf.epiqsystems.com
                                                                                      TOTAL: 3
```